584 A.2d 245
BARRY MURILLO v. STANLEY BLOOM, M.D.

June 11, 1990.

Petition for certification denied.

584 A.2d 245
IN THE MATTER OF SANDRA FRASER.

June 11, 1990.

Petition for certification denied.

584 A.2d 246
STATE OF NEW JERSEY v. AARON GREEN.

June 11, 1990.

Petition for certification denied.

584 A.2d 246
STATE OF NEW JERSEY v. JOSE HERIBERTO RIOS.

June 11, 1990.

Petition for certification denied.

584 A.2d 246
STATE OF NEW JERSEY v. BARRY E. PHILLIPS.

June 11, 1990.

Petition for certification denied.